AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br><br>**OSMAN AROLDO ESCALANTE-LOPEZ**<br><br><br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  5:26-mj-00110(CBF)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of May 14, 2026 in the county of Madison in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Re-Entry of Removed Aliens |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒     Continued on the attached sheet.

_____
*Complainant's signature*

Nicholas Mulzoff, Border Patrol Agent
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   May 15, 2026

_____
*Judge's signature*

City and State:     Syracuse, New York

Carla B. Freedman, U.S. Magistrate Judge
_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Nicholas Mulzoff, being duly sworn, depose and state the following:

**I.    Introduction**

1.    I am a U.S. Border Patrol Agent ("BPA") assigned to the United States Border Patrol ("USBP"), which is part of U.S. Department of Homeland Security ("DHS"), Customs and Border Protection ("CBP"). I have been a U.S. Border Patrol Agent for over five years. One of USBP's primary missions is to apprehend undocumented foreign nationals. My authority to perform this mission is articulated in sections 287 and 235 of the Immigration and Nationality Act. As a part of my duties at CBP, I have investigated violations of the United States Code, including violations of Title 8, United States Code, Section 1326.

2.    I make this affidavit in support of a criminal complaint charging Osman Aroldo ESCALANTE-LOPEZ ("ESCALANTE-LOPEZ") with a violation of Title 8, United States Code, Section 1326(a) (Re-Entry of Removed Aliens).

3.    This affidavit is based upon my review of information prepared and provided by law enforcement personnel involved in the investigation, along with database checks. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, it does not set forth all information known to me or to the government.

**II.    Investigation and Factual Basis for the Complaint**

4.    On May 14, 2026, BPAs observed that ESCALANTE-LOPEZ was a passenger in a vehicle occupied by a total of five individuals. The vehicle was parked in a store parking lot in Madison, County, New York, within the Northern District of New York. BPAs engaged in a consensual encounter with the vehicle and its occupants. Three BPAs approached the vehicle on

foot and one of the BPAs engaged the driver in conversation. The driver admitted he was an alien and was detained. BPAs next spoke with ESCALANTE-LOPEZ, who also admitted he was an alien, a citizen of Guatemala, and that he was in the U.S. without legal authorization. ESCALANTE-LOPEZ was transported to the Oswego Border Patrol Station for further immigration processing and records checks.

5.    At the station, a review of DHS records, including fingerprint comparison, confirmed ESCALANTE-LOPEZ is a citizen of Guatemala and had previously been removed from the United States. More specifically:

a. On April 29, 2016, ESCALANTE-LOPEZ was encountered by USBP in the U.S. near Robles Junction, Arizona. ESCALANTE-LOPEZ admitted to BPAs he had illegally crossed the U.S.-Mexico border a few days prior. ESCALANTE-LOPEZ was served a Notice and Order of Expedited Removal, ordering him removed. ESCALANTE-LOPEZ was also provided wirtten notice that he was prohibited from entering, attempting to enter, or being in the U.S. for a period of 5 years. On May 6, 2016, ESCALANTE-LOPEZ was physically removed from the U.S. by air from the Phoenix-Mesa Gateway Airport in Mesa, Arizona.

b. On January 26, 2017, ESCALANTE-LOPEZ was encountered by USBP in the U.S. near Presedio, Texas. ESCALANTE-LOPEZ again admitted to having crossed the U.S.-Mexico border and that he was illegally present in the U.S. ESCALANTE-LOPEZ was processed for removal under a Reinstatement of Prior Order of Removal pursuant to Section 241(a)(5) of the Immigration and Nationality Act. ESCALANTE-LOPEZ was again provided wirtten notice that he was prohibited from entering, attempting to enter, or being in the U.S., this time for a period of 20

years. On February 22, 2017, ESCALANTE-LOPEZ was physically removed from the U.S. by air from Albuquerque, New Mexico.

c. Prior to his 2017 removal, ESCALANTE-LOPEZ was charged with a misdemeanor violation of 8 U.S.C. § 1325(a)(1) (unlawful entry) in Case No. PE:17-M-00135(1)-DF in the Western District of Texas. ESCALANTE-LOPEZ was convicted of that offense and sentenced to time served on January 30, 2017.

6.    DHS records establish that at no point between his last removal on February 22, 2017, and when he was found in the U.S. on May 14, 2026, did ESCALANTE-LOPEZ obtain the express consent of the Attorney General of the United States, or his successor, the Secretary of Homeland Security, to lawfully reenter the United States.

**III.    Conclusion**

7.    Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that Osman Aroldo ESCALANTE-LOPEZ has violated Title 8, United States Code, Section 1326(a) (Re-Entry of Removed Aliens). I respectfully request the Court issue the proposed complaint pursuant to this violation of federal law.

3

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF·RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Nicholas Mulzoff, Border Patrol Agent
U.S. Department of Homeland Security

I, the Honorable Carla B. Freedman, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by videoconference on May 15, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Carla B. Freedman
United States Magistrate Judge

4