IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:26 -CR-00177 AJB ) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **OSMAN AROLDO** | ) | Violation:   8 U.S.C. § 1326(a) |
| **ESCALANTE-LOPEZ,** | ) | [Illegal Re-entry] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   Madison |

## THE GRAND JURY CHARGES:

### COUNT 1
[Illegal Re-entry]

On or about May 14, 2026, in Madison County in the Northern District of New York, the defendant, **OSMAN AROLDO ESCALANTE-LOPEZ,** an alien, native and citizen of Guatemala, who had been removed from the United States, was thereafter found in the United States in Oneida, New York, without having obtained the express consent of the Attorney General, or their successor, the Secretary of the Department of Homeland Security, to reapply for admission, in violation of 8 U.S.C. § 1326(a).

Dated:   May 28, 2026

A TRUE BILL,

████████████████████████

Grand Jury Foreperson
**Name redacted

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:    _____

Benjamin A. Gillis
Assistant United States Attorney
Bar Roll No. 704915

2